1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753

Counsel for Defendant Coryell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00804 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND [] |
| ) | ORDER CONTINUING HEARING DATE |
| vs. ) | AND EXCLUDING TIME UNDER THE |
| ) | SPEEDY TRIAL ACT |
| NOEMI RUBIO BAEZ, and ) | |
| KATHRYN DARLENE CORYELL, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

The defendant, Kathryn Darlene Coryell, represented by Assistant Federal Public Defender Diana A. Garrido; the defendant, Noemi Rubio Baez, represented by Bruce C. Funk; and the government, represented by Trial Attorneys Charles A. O'Reilly and Erin Mellen, hereby stipulate that, with the Court's approval, the status conference currently set for Thursday, February 7, 2013 at 9:00 a.m., shall be continued to Thursday, March 21, 2013 at 9:00 a.m.

The continuance is requested to provide both defense counsel and the government with additional time to review discovery and negotiate an appropriate resolution. The continuance would provide all parties with the reasonable time necessary for effective preparation. Accordingly, both parties respectfully request that the time between February 7, 2013 and March 21, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Stipulation and [] Order
CR 12-00804 DLJ                               1

Dated: February 4, 2013

                              STEVEN G. KALAR
                              Federal Public Defender

                              /s/
                              DIANA A. GARRIDO
                              Assistant Federal Public Defender

Dated: February 4, 2013

                              /s/
                              BRUCE C. FUNK
                              Counsel for Noemi Rubio Baez

Dated: February 4, 2013

                              MELINDA HAAG
                              United States Attorney

                              /s/
                              CHARLES A. O'REILLY
                              Trial Attorney

Dated: February 4, 2013

                              MELINDA HAAG
                              United States Attorney

                              /s/
                              ERIN MELLEN
                              Trial Attorney

| | |
|---|---|
| 1 | **[] ORDER** |

2    Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that

3 the time between February 7, 2013 and March 21, 2013 is excluded under the Speedy Trial Act,

4 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the

5 failure to grant the requested continuance would unreasonably deny counsel reasonable time

6 necessary for effective preparation, taking into account the exercise of due diligence.

7 Furthermore, the Court finds that the ends of justice served by granting the requested

8 continuance outweigh the best interest of the public and the defendants in a speedy trial. The

9 Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§

10 3161(h)(7)(A) and (B)(iv).

12 IT IS SO ORDERED.

14 DATED: 2/1/13

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

Stipulation and [] Order
CR 12-00804 DLJ                                        3