1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753

Counsel for Defendant Coryell

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 12-00804 DLJ |
|---|---|
| Plaintiff, | ) STIPULATION AND [] |
| | ) ORDER WAIVING DEFENDANT |
| vs. | ) KATHYRN CORYELL'S PERSONAL |
| | ) APPEARANCE |
| NOEMI RUBIO BAEZ, and | ) |
| KATHRYN DARLENE CORYELL, | ) |
| Defendants. | ) |

The defendant, Kathryn Darlene Coryell, represented by Assistant Federal Public Defender Diana A. Garrido; the defendant, Noemi Rubio Baez, represented by Bruce C. Funk; and the government, represented by Trial Attorneys Charles A. O'Reilly and Erin Mellen, hereby stipulate that, with the Court's approval, Ms. Coryell's personal appearance be waived at the status conference set for Thursday, May 2, 2013.

Assistant Federal Public Defender Diana Garrido hereby agrees to notify Ms. Coryell of any future court dates at which Ms. Coryell must appear.

///

///

///

Stipulation and [] Order
CR 12-00804 DLJ                                    1

1  Dated: March 21, 2013

                                        STEVEN G. KALAR
                                        Federal Public Defender

                                              /s/
                                        DIANA A. GARRIDO
                                        Assistant Federal Public Defender

Dated: March 21, 2013


                                              /s/
                                        BRUCE C. FUNK
                                        Counsel for Noemi Rubio Baez


Dated: March 21, 2013

                                        MELINDA HAAG
                                        United States Attorney


                                              /s/
                                        CHARLES A. O'REILLY
                                        Trial Attorney

Dated: March 21, 2013

                                        MELINDA HAAG
                                        United States Attorney


                                              /s/
                                        ERIN MELLEN
                                        Trial Attorney

**[] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that Kathryn Darlene Coryell need not personally appear at the May 2, 2013 status conference.

IT IS SO ORDERED.

DATED: 

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge

Stipulation and [] Order
CR 12-00804 DLJ                    3