MELINDA HAAG (CAB 132612)
United States Attorney

MIRANDA KANE (CAB 150630)
Chief, Criminal Division

CHARLES A. O'REILLY (CAB 160980)
ERIN S. MELLEN (VAB 70319)
Trial Attorney

11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6999
Fax: (415) 436-7009
Email: Charles.A.O'Reilly@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**NOEMI RUBIO BAEZ,**<br>**a/k/a Noemi Carrillo Rubio, Yesenia**<br>**Carrillo Pulido, Noemi Carrillo Pena,**<br>**Noemi Rubio Pena, and Mimi,**<br><br>**and KATHRYN DARLENE CORYELL,**<br>**a/k/a Kathryn Darlene Leckbee, and Kat,**<br><br>**Defendants.** | No. CR 12-0804 DLJ<br><br>STIPULATION AND [ ]<br>ORDER CONTINUING HEARING<br>DATE, WAIVING DEFENDANT<br>KATHRYN CORYELL'S PERSONAL<br>APPEARANCE AND EXCLUDING<br>TIME UNDER THE SPEEDY TRIAL<br>ACT |

The United States, represented by United States Attorney Melinda Haag, and by Trial Attorneys Charles A. O'Reilly and Erin Mellen, and the defendant, Kathryn Darlene Coryell, represented by Assistant Federal Public Defender Diana A. Garrido, and the defendant, Noemi Rubio Baez, represented by Bruce C. Funk, hereby stipulate that, with the Court's approval, the

1 status conference currently set for Thursday, May 2, 2013 at 9:00 a.m., shall be continued to
2 Thursday, June 6, 2013 at 9:00 a.m. The parties further stipulate that, with the Court's approval,
3 Ms. Coryell's personal appearance be waived at the status conference set for Thursday, June 6,
4 2013. Assistant Federal Public Defender Diana Garrido hereby agrees to notify Ms. Coryell of
5 any future court dates at which Ms. Coryell must appear.

The continuance is requested to provide both defense counsel and the government with additional time to review discovery and negotiate an appropriate resolution. The continuance would provide all parties with the reasonable time necessary for effective preparation. Accordingly, both parties respectfully request that the time between May 2, 2013 and June 6, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 1 May 2013                    Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney


                                     _____/s/_____
                                     CHARLES A. O'REILLY
                                     Trial Attorney


Dated: 1 May 2013                    _____/s/_____
                                     DIANA A. GARRIDO
                                     Counsel for Kathryn Darlene Coryell


Dated: 1 May 2013                    _____/s/_____
                                     BRUCE C. FUNK
                                     Counsel for Noemi Rubio Baez

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of May 2013, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Diana Alicia Garrido, Esq.
Federal Public Defender
160 W Santa Clara St Suite 575
San Jose, CA 95113
Diana_Garrido@fd.org

Counsel for Kathryn Darlene Coryell


Bruce C. Funk, Esq.
Law Office of Bruce C. Funk
46 W Santa Clara St
San Jose, CA 95113

Counsel for Noemi Rubio Baez

                                               */s/ Charles A. O'Reilly*
                                               CHARLES A. O'REILLY
                                               Trial Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOEMI RUBIO BAEZ,<br>a/k/a Noemi Carrillo Rubio, Yesenia Carrillo Pulido, Noemi Carrillo Pena, Noemi Rubio Pena, and Mimi,<br><br>and KATHRYN DARLENE CORYELL,<br>a/k/a Kathryn Darlene Leckbee, and Kat,<br><br>　　　　Defendants.<br>_____/ | NO. CR 12-0804 DLJ<br><br>**ORDER** () |

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the time between May 2, 2013 and June 6, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendants in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Also pursuant to the agreement and stipulation of the parties, the Court also HEREBY ORDERS that Kathryn Darlene Coryell need not personally appear at the June 6, 2013 status conference.

**IT IS SO ORDERED.**

Dated:

D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE