```
 1  PAUL B. MELTZER (State Bar No. 077425)
    LAW OFFICES OF PAUL B. MELTZER
 2  A Professional Corporation
    740 Front Street, Suite 325
 3  Santa Cruz, California 95060
    Telephone: (831) 426-6000
 4
    Attorneys for Defendant, KATHRYN DARLENE CORYELL
 5

 6
                     UNITED STATES DISTRICT COURT
 7                   NORTHERN DISTRICT OF CALIFORNIA

 8                          SAN JOSE DIVISION

 9  UNITED STATES OF AMERICA,        )  Case No.: 12-00804-DLJ
                                     )
10          Plaintiff,                )
                                     )
11      vs.                          )
                                     )  STIPULATION TO CONTINUE
12  NOEMI RUBIO BAEZ and             )  AND [PROPOSED] ORDER
                                     )
13  KATHRYN DARLENE CORYELL,         )
                                     )  Judge: The Honorable Judge Jensen
14          Defendants.              )
                                     )
15
```

16      IT IS HEREBY STIPULATED by and between all counsel that there exists good cause

17 to continue the July 11, 2013 Status Conference at 9:00 a.m. previously set forth in the matter of

18 NOEMI RUBIO BAEZ and KATHRYN DARLENE CORYELL to August 15, 2013 at 9:00 a.m. [GJ]

19 for Status Conference. Paul Meltzer, attorney for defendant KATHRYN DARLENE

20 CORYELL, will be in trial in Santa Cruz County Superior Court on the week of July 15, 2013

21 and has a Trial Readiness Conference scheduled for July 11, 2013 at 9:00 a.m. in Santa Cruz

22 County. Assistant U.S. Attorney Charles O'Reilly has no objection to the continuance and the

23 new date, and co-counsel Bruce Funk is also in agreement.

24     The parties agree that the time between July 11, 2013 and August 15, 2013 shall be [GJ]

25 excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161

26 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv). The parties

27 agree that the time is excludable in that the ends of justice served by granting this continuance

28 outweigh the best interests of the public.


STIPULATION TO CONTINUE - 1

Therefore, it is respectfully requested that the previously set Status Conference of July 11, 2013 be vacated and a Status Conference be set for August ~~15~~ GJ, 2013 at 9:00 a.m.

THE PARTIES SO STIPULATE.

Dated: July 1. 2013            UNITED STATES ATTORNEY

/S/
_____
Charles O'Reilly, A.U.S. Attorney

Dated: July 1, 2013            LAW OFFICES OF PAUL B. MELTZER

_____
PAUL B. MELTZER,
Attorney for Defendant KATHRYN D. CORYELL

Dated: July 1, 2013            LAW OFFICE OF BRUCE FUNK

/S/
_____
BRUCE FUNK,
Attorney for Defendant NOEMI RUBIO BAEZ

STIPULATION TO CONTINUE - 2

[PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the July 11, 2013 Status Conference at 9:00 a.m. previously set forth in the matter of NOEMI RUBIO BAEZ and KATHRYN DARLENE CORYELL is continued to August ~~15~~ GJ, 2013 at 9:00 a.m. for Status Conference. It is further ordered that the time between July 11, 2013 until August ~~15~~ GJ, 2013 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(7)(A) and § 3161(h)(7)(B)(iv).

SO ORDERED.

Dated: ~~1/8/13~~

*/s/ D. Lowell Jensen*

HON. D. LOWELL JENSEN, DISTRICT JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO CONTINUE - 3